■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN R. ORTIZ, Appellant.— Judgment, County Court, Tompkins County, rendered on March 6, 1972, affirmed (People v. Peace, 18 N Y 2d 230). Herlihy, P. J., Greenblott, Cooke, Sweeney and Reynolds, JJ., concur.